## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MARTIN DWIGHT MCCOMAS, SR.**                                **PLAINTIFF**

v.                              **No. 1:14-cv-82-DPM**

**STATE AUTO INSURANCE COMPANY,
d/b/a State Auto Finance Corp., State Auto
Property & Casualty Insurance Company,
State Automobile Mutual Insurance Company,
State Auto National Insurance Company,
State Auto Insurance Company of Wisconsin,
Milbank Insurance Company, Farmers Casualty
Insurance Company, Mid-Plains Insurance
Company, Meridian Security Insurance
Company, Meridian Citizens Mutual Insurance
Company, Insurance Company of Ohio, State
Florida Insurance Company**                          **DEFENDANT**

### ORDER

McComas's motion to proceed *in forma pauperis*, № 1, is denied. His

application demonstrates that he has a steady monthly income and a few

expenses or debts. He must pay the $400.00 filing fee by 8 August 2014. Local

Rule 4.2. McComas must also submit an amended complaint by 8 August

2014. The new complaint must say which of the many named defendants

harmed him, which common-law or statutory cause of action makes those

defendants liable, and how he was damaged by the alleged violation. Failure

to do either one will result in the dismissal of his complaint without prejudice.

Local Rule 5.5(c)(2).

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

28 July 2014