# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

MARTIN DWIGHT MCCOMAS, SR.                                    PLAINTIFF

v.                          No. 1:14-cv-82-DPM

STATE AUTO INSURANCE COMPANY,
d/b/a State Auto Finance Corp., State Auto
Property & Casualty Insurance Company,
State Automobile Mutual Insurance Company,
State Auto National Insurance Company,
State Auto Insurance Company of Wisconsin,
Milbank Insurance Company, Farmers Casualty
Insurance Company, Mid-Plains Insurance
Company, Meridian Security Insurance
Company, Meridian Citizens Mutual Insurance
Company, Insurance Company of Ohio, State
Florida Insurance Company                                     DEFENDANT

## ORDER

The Court directed McComas to file an amended complaint clarifying any § 1981 claim by 29 August 2014. № 7. McComas hasn't done so. McComas did, however, informally notify the Court he does not have any race-related claim under § 1981 and no longer wants to pursue his suit in federal court. The Court, therefore, dismisses McComas's complaint without prejudice for noncompliance with the August Order. Local Rule 5.5(c)(2).

-2-

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 September 2014