IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARTIN DWIGHT MCCOMAS, SR.                                              PLAINTIFF

v.                          No. 1:14-cv-82-DPM

STATE AUTO INSURANCE COMPANY,
d/b/a State Auto Finance Corp., State Auto
Property & Casualty Insurance Company,
State Automobile Mutual Insurance Company,
State Auto National Insurance Company,
State Auto Insurance Company of Wisconsin,
Milbank Insurance Company, Farmers Casualty
Insurance Company, Mid-Plains Insurance
Company, Meridian Security Insurance
Company, Meridian Citizens Mutual Insurance
Company, Insurance Company of Ohio, State
Florida Insurance Company                                               DEFENDANT

JUDGMENT

McComas's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

11 September 2014